UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD JEFFERSON Jr.,

    Plaintiff,

    v.

KATHY ALVES, *et al.*,

    Defendants.

Case No. C06-5479RJB

ORDER TO SERVE MOTIONS ON OPPOSING COUNSEL AND RE-NOTE THE MOTIONS

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed two motions with the court. The first is a motion to add one defendant (Dkt. # 29). The second motion asks for a temporary restraining order (Dkt. # 30). The affidavit of service reflects that neither defendants not their counsel have been served with either motion. Plaintiff alleges Thurston County Jail officials will not make copies of the documents for him (Dkt. # 30).

    The court will not at this time consider either motion. Plaintiff will need to serve a copy of his motions, (handwritten if need be) on counsel who have appeared and re-note his motions.

    The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendants.

    DATED this 22 day of February, 2007.

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER - 1