UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD JEFFERSON Jr.,

   Plaintiff,

   v.

KATHY ALVES, *et al.*,

   Defendants.

Case No. C06-5479RJB

ORDER

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

In January of 2007, plaintiff filed two motions which he did not serve on any party to this action (Dkt. # 29 and 30).  The court entered an order removing the motions from the court's calendar and directing plaintiff to serve future motions and to serve and re-note his previous motions if he wanted the court to consider them (Dkt. # 33).

On March 20, 2007, the court received a letter from plaintiff asking for copies of his prior motions (Dkt. # 36).  Plaintiff states he does not have any copies of the motions and sent his originals including the original exhibits to the court.  He asks the court to send him a copy of his motions and

ORDER - 1

1  exhibits.

2      The clerk of court is directed to send Mr. Jefferson one copy of Dkt. # 29 and 30 including

3  the 14 pages of exhibits.  In the future plaintiff will need to pay for any copies form the court's files

4  and he is instructed to keep a copy of documents he sends to court.

5      The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for

6  defendants.

7      DATED this 26 day of March, 2007.

8
                                                  /S/ *J. Kelley Arnold*

9                                                  J. Kelley Arnold
                                                United States Magistrate Judge

28  ORDER - 2