1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12    DONALD JEFFERSON Jr.,

13          Plaintiff,                                    Case No. C06-5479RJB

14          v.
                                                          ORDER DENYING PLAINTIFF'S
15    KATHY ALVES, *et al.*,                              MOTION TO COMPEL

16          Defendants.

17

18          This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge

19    pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR

      3, and MJR 4.  Before the court is a motion to compel discovery (Dkt. # 56).

20
            Local Rule 37 (a)(2) requires a good faith effort to confer with opposing counsel prior to
21
      bringing a motion to compel.  Plaintiff does not indicate such an effort took place (Dtk. # 56).
22
      Defendant Alves asks to have the motion denied on that basis, and because she is a contract health
23
      care provider who does not have access to the documents plaintiff is seeking (Dkt. # 57).
24
            The court does not reach the merits of a motion to compel where the parties have not made a
25
      good faith effort to meet and confer.  The court expects plaintiff to contact counsel by letter and
26
      attempt to resolve this dispute prior to seeking court intervention.  As plaintiff is incarcerated, a face
27

28    ORDER - 1

1    to face meeting will not be required.

2       The motion to compel is **DENIED WITHOUT PREJUDICE.**  The Clerk of Court is

3    directed to send a copy of this Order to plaintiff and to counsel for defendants.

4

5       DATED this 19 day of June, 2007.

6

7                       */S/ J. Kelley Arnold*

                        J. Kelley Arnold

8                         United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER - 2