UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD JEFFERSON JR.,

    Plaintiff,

v.

KATHY ALVES, *et al.,*

    Respondent.

Case No.  C06-5479RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge J. Kelley Arnold. Dkt. 64. The Court has reviewed the Report and Recommendation and the record herein.

    This is a Civil Rights action, filed pursuant 42 U.S.C. § 1983. Dkt. 5. Plaintiff alleges that he was provided inadequate medical care while in custody and that Defendants impermissibly retaliated against him. *Id*. In April of 2007, Defendants filed Motions for Summary Judgment. Dkts. 40 and 43. Plaintiff's motion for an extension of time was granted on May 21, 2007. Dkt. 53.

    On September 24, 2007, Judge Arnold filed a Report and Recommendation, recommending that the Defendants' Motions for Summary Judgment (Dkts. 40 and 43) be granted and the matter be dismissed. Dkt. 64. On October 18, 2007, the Court granted an additional extension of time for Plaintiff to file objections to the Report and Recommendation. Dkt. 66. The Report and Recommendation was renoted for November 16, 2007. *Id*. At present, no objections to the Report and Recommendation have been filed.

ORDER
Page - 1

1   The Report and Recommendation should be adopted for the reasons stated therein. This complaint
2  should be dismissed.
3   Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Dkt. 65) is
4  **ADOPTED**, and this case is **DISMISSED**.
5   The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
6  party appearing *pro se* at said party's last known address.
7   DATED this 26th day of November, 2007.

ROBERT J. BRYAN
United States District Judge